IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00801-PAB-KLM

PAULA STANTON, a Colorado resident,

    Plaintiff,

v.

ENCOMPASS INDEMNITY COMPANY, a foreign corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Unopposed Motion to Amend Pleading Deadlines** [Docket No. 20; Filed June 27, 2012] (the "Motion"). Defendant asks for an extension of the deadline for Plaintiff to amend her complaint. Plaintiff filed a Second Amended Complaint on June 28, 2012 [#22]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART and DENIED AS MOOT IN PART**. Plaintiff's Second Amended Complaint [Docket No. 22; Filed June 28, 2012] is **ACCEPTED** as filed. Defendant shall answer or otherwise respond to the Second Amended Complaint on or before **July 13, 2012**.

    Dated: July 2, 2012