IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00801-PAB-KLM

PAULA STANTON, a Colorado resident, and
PATRICK STANTON, a Colorado resident,

    Plaintiffs,

v.

ENCOMPASS INDEMNITY COMPANY, a foreign corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Entry of Protective Order** [Docket No. 40; Filed September 13, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#40] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#40-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

Dated: September 17, 2012