IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00801-PAB-KLM

PAULA STANTON, a Colorado resident, and
PATRICK STANTON, a Colorado resident,

    Plaintiffs,

v.

ENCOMPASS INDEMNITY COMPANY, a foreign corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [Docket No. 65; Filed February 15, 2013] (the "Motion").  The parties seek approximately a one-month extension of four deadlines in the Scheduling Order.

    IT IS HEREBY **ORDERED** that the Motion [#65] is **GRANTED**.  The Scheduling Order entered on September 24, 2012 [#46] is modified to extend the following deadlines:

- Affirmative Expert Designation Deadline    **April 1, 2013**
- Rebuttal Expert Designation Deadline    **May 1, 2013**
- Discovery Cut-off    **June 3, 2013**
- Dispositive Motion Deadline    **June 28, 2013**

Dated:  February 19, 2013