IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00801-PAB-KLM

PAULA STANTON, a Colorado resident, and
PATRICK STANTON, a Colorado resident,

    Plaintiffs,

v.

ENCOMPASS INDEMNITY COMPANY, a foreign corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Second Motion to Amend Scheduling Order** [Docket No. 77; Filed April 25, 2013] (the "Motion"). The parties seek to extend deadlines in the Scheduling Order [#46], as modified on February 19, 2013 [#68], based on good cause, including the need to schedule necessary depositions.

    IT IS HEREBY **ORDERED** that the Motion [#77] is **GRANTED**. The Scheduling Order entered on September 24, 2012 [#46] and modified on February 19, 2013 [#68] is modified to extend the following deadlines:

- Rebuttal Expert Designation Deadline    **June 28, 2013**
- Discovery Cut-off    **August 2, 2013**
- Dispositive Motion Deadline    **August 30, 2013**

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for August 12, 2013 at 10:00 a.m. is **VACATED** and **RESET** to **September 17, 2013** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **September 10, 2013**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

Dated:  April 26, 2013